# Exhibit A

DocuSign Envelope ID: 396676B1-BC6F-4F07-BC35-ADC4D865B925

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Sushi Katsuei and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Pramita Chakma
_____
Full Legal Name (Print)

*Pramita* (DocuSigned)
_____
Signature

8/29/2023
_____
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Sushi Katsuei and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Tiyanit Kaewpan_
Full Legal Name (Print)

_/s/ Tiyanit Kaewpan_
Signature

_08/24/2023_
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Sushi Katsuei and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

TAPAN KANTI TANCHANGYA
_____
Full Legal Name (Print)

*Tapan Kanti Tanchangya*
_____
Signature

08/24/2023
_____
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Sushi Katsuei and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Sujoy Chandra Tripura_
Full Legal Name (Print)

_Sujoy_
Signature

_8/24/2023_
Date

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Sushi Katsuei and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

RUPAN CHAKMA
Full Legal Name (Print)

Rupan Chakma
Signature

Aug-24-23
Date