UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPAN CHAKMA, ET AL

CIVIL ACTION NO.: 23CV7804

vs

*Plaintiff*

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **09/07/2023** at **4:11 PM** at **210 7th Avenue, Brooklyn, NY 11215**

deponent served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Sushi Katsuei, Inc. d/b/a Sushi Katsuei Park Slope**, a domestic corporation,

by delivering thereat a true copy of each to **Maya Swe** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Asian
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight : 131-160 Lbs.
Other :

Sworn to before me this
8th day of September, 2023

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2027

Juan D. Aguirre
License No. 2067175

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160