AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| RUPAN CHAKMA, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 cv 7804 |
| SUSHI KATSUEI, INC., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 09/05/2023

/s/ Josef Nussbaum
*Attorney's signature*

Josef Nussbaum  YN-7036
*Printed name and bar number*

JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
*Address*

josef@jk-llp.com
*E-mail address*

(212) 688-5640
*Telephone number*

(212) 981-9587
*FAX number*