UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RUPAN CHAKMA, ET AL

CIVIL ACTION NO.: 23CV7804

vs                                                  *Plaintiff*

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ET AL

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on 9/12/2023 at 12:28 PM at **357 6th Avenue, New York, NY 10014**

deponent served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Royal Katsuei, Inc. d/b/a Sushi Katsuei Village**, a domestic corporation,

by delivering thereat a true copy of each to **"John" Win (Refused To Give His First Name)** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **authorized to accept service** thereof.

Description of Person Served:
Gender : Male
Skin : Asian (White)
Hair : Wearing Hat
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : Over 200 Lbs.
Other :

Sworn to before me this
12th day of September, 2023

NOTARY PUBLIC
DI CONG JIANG
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. # 01JI0004030
COMM EXP 03/27/2027

Juan Pimentel
License No.2066974