UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,

                  Plaintiffs,

- against -

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,

                  Defendants.

Case No. 1:23-cv-07804-KPF

**NOTICE OF APPEARANCE**

---

To:    The clerk of the court and all parties of record

      PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of New York, hereby enters her appearance as counsel for Defendants SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN in the above captioned matter.

Dated:   September 25, 2023
          Flushing, New York

                                        **SEO LAW GROUP, PLLC**

                                        By:*/s/ Diana Seo*
                                        Diana Y. Seo, Esq.
                                        136-68 Roosevelt Ave., Suite 726
                                        Flushing, New York 11354
                                        Tel: (718) 500-3340
                                        Tel: (718) 500-3341
                                        Email: diana@seolawgroup.com
                                        *Attorneys for Defendants*