UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,

                    Plaintiffs,

- against -

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,

                    Defendants.

Case No. 1:23-cv-07804-KPF

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, that Defendants' time to respond to Plaintiffs' Complaint shall be extended to October 25, 2023; and,

**IT IS FURTHER STIPULATED AND AGREED**, that a facsimile and/or photocopy of any signature on this Stipulation shall be acceptable as an original.

Dated:   September 28, 2023
           Flushing, New York

By: /s/ Yosef Nussbaum (signed by Diana Seo with Permission)
Yosef Nussbaum, Esq.
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640
Email: jnussbaum@jhllp.com
*Attorneys for Plaintiffs*

By: *Diana Seo*
Diana Y. Seo, Esq.
Seo Law Group, PLLC
136-68 Roosevelt Ave., Suite 726
Flushing, New York 11354
Tel: (718) 500-3340
Email: diana@seolawgroup.com
*Attorneys for Defendants*

SO ORDERED:

Dated: September 29, 2023
       New York, New York

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE