UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,

                              Plaintiffs,

- against -

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,

                              Defendants

Case No.: 1:23-cv-07804-KPF

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SUSHI KATSUEI, INC. and ROYAL KATSUEI, INC. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      None.

Dated: Flushing, New York
         October 25, 2023

SEO LAW GROUP, PLLC

/s/ *Diana Seo*
Diana Y. Seo, Esq.
136-68 Roosevelt Ave., Suite 726
Flushing, New York 11354
Tel: (718) 500-3340
Email: diana@seolawgroup.com
*Attorneys for Defendants*