

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
December 5, 2023

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Email: diana@seolawgroup.com

**MEMO ENDORSED**

<u>VIA ECF</u>
Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  Re: <u>Chakma, et al. v. Sushi Katsuei, Inc, et al.</u>
    Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

  This office represents Defendants in the above referenced matter. I write, with Plaintiffs' consent, to request the Court to adjourn the mediation conference to a later date.

  On September 26, 2023, the Court entered a mediation referral Order. (Dkt No. 11). Since then, a mediator was assigned to the case and the Parties exchanged the relevant documents, including the documents reflecting the number of hours Plaintiffs worked and the amount of compensation that they received. During the course of exchanging the Parties' documents for the purpose of the mediation, Parties were unable to agree on the scope of the mediation as Plaintiffs wish to participate in the mediation to resolve the claims class/collective-wide while Defendants wish to participate in the mediation to resolve the class/collective representative plaintiffs' claims at this moment.

  As such, the Parties respectfully request that the Court adjourn the mediation to a later date and schedule an initial conference in this matter. In addition, the Parties respectfully request that the initial conference be held via teleconference or videoconference.

  We thank the Court for its time and continued attention to this matter.

           Respectfully Submitted,

           Seo Law Group, PLLC

           By: __/s/ *Diana Seo*__
           Diana Y. Seo, Esq.
           *Attorneys for Defendants*

cc: All counsel of record (via ECF)

Application GRANTED.  The parties' mediation in this conference is ADJOURNED *sine die*.

The parties are ORDERED to attend a telephonic initial pretrial conference on **January 16, 2024,** at **10:00 a.m.**  At the designated time, the parties shall call (888) 363-4749, and use access code 5123533.

The Court expects that the parties will submit a joint letter and proposed case management plan on or before **January 11, 2024,** in accordance with the Court's individual rules.

The Clerk of Court is directed to terminate the pending motion at docket number 17.

Dated:    December 18, 2023          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE