UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, *on behalf of themselves and others similarly situated*

Plaintiffs,

-v.-

SUSHI KATSUEI, INC., *d/b/a* SUSHI KATSUEI PARK SLOPE; ROYAL KATSUEI, INC., *d/b/a* SUSHI KATSUEI WEST VILLAGE; AYE AYE SWE; and AUNG KO WIN,

Defendants.

23 Civ. 7804 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

As set forth in the post-fact discovery conference held on July 2, 2024, Defendants shall file their opposition to Plaintiffs' motion for leave to amend on or before **August 16, 2024**. Plaintiffs may file their reply, if any, on or before **August 30, 2024**. These submissions shall be in letter brief format, and each shall not exceed ten single-spaced pages.

Separately, Plaintiffs shall file their opening brief for class certification on or before **August 2, 2024**; Defendants shall file their opposition brief on or before **August 30, 2024**; and Plaintiffs may file a reply, if any, on or before **September 13, 2024**. These submissions shall be filed in accordance with the Court's Individual Rule 4(B). The Court does not require briefing from the parties on any further motions at this time.

SO ORDERED.

Dated: July 2, 2024
       New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge