

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

August 17, 2024

Diana Y. Seo, Esq.
Tel: (718) 500-3340
Email: diana@seolawgroup.com

**VIA ECF**
Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  **Re:**  **Chakma, et al. v. Sushi Katsuei, Inc, et al.**
     Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

  As you may be aware, the office represents all Defendanst in this matter. I write in connection with Defendants' oppositoin to Plaitniffs' motion seeking leave to amend the Complaint filed a few minutes ago.

  Counsel notes that the opposition to Plaintiffs' motion filed (Dkt No. 44) did not contain Exhibits as Counsel has been experiencing some technical issues. As such, Counsel will be filing the (same) opposition attaching all of the excluded Exhibits.

  Counsel hopes that this prevents any confusion as to the duplicate filing of the opposition.

  We thank the Court for its time and continued attention to this matter.

            Respectfully Submitted,

            Seo Law Group, PLLC

            By:/s/ Diana Seo
            Diana Y. Seo, Esq.
            *Attorneys for Defendants*

cc: All counsel of record (via ECF)