

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

August 30, 2024

Diana Y. Seo, Esq.
Tel: (718) 500-3341
Email: diana!@seolawgroup.com

**VIA ECF**
Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

      Re:    **Chakma, et al. v. Sushi Katsuei, Inc, et al.**
             Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

      This office represents Defendants in the above referenced matter. Pursuant to Your Honor's Individual Rules Section C(i), I write to respectfully request this Court that Defendants need a few more days until **September 2, 2024** to file their opposition to Plaintiffs' Motion for Class Certification. (Dkt No. 36).

      The original date to file Defendants' opposition to Plaintiffs' motion is August 30, 2024. This is Defendants' first request to extend the time to file their opposition. The reason for making such request is that Counsel for Defendants necessitates an urgent out of country trip due to family issues and needs a few more days to file Defendants' opposition. Plaintiffs' Counsel consented to make such request.

      A copy of the signed Stipulation and Proposed Order is attached herein.

      We thank the Court for its time and attention to this matter.

                                           Respectfully Submitted,

                                           Seo Law Group, PLLC

                                           By:__/s/ *Diana Seo*_____
                                           Diana Y. Seo, Esq.
                                           *Attorneys for Defendants*

cc: All counsel of record (via ECF)
    Attach.