!"#$%&'()#*&+,-./)0%1'#
2(,/3#41,,0%1'##
256789#:#*;<6=974>?@$#AA8#
BC#>+(%DE%FG#61&H/#IJK#
4/E#L(+MG#4L#KJJJN#
OCKCP#IQQRSINJ#
OCKCP#TQKRTSQU#O3%VP#
#
*!""#$%&'()*#$)+,-&.)/0,1%"1**(2)3$#3#(&.)456!)*
*7#00&8"19&)/0,1%"1**(2),%.)3$#3#(&.)70,(()*
*)*
@4;W7!#6W?W76#!;6W<;=W#=5@<W#
65@W97<4#!;6W<;=W#5X#47Y#L5<*)
RRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRV) # #
<@8?4#=9?*$?G#6@A5L#W<;85<?G# #
W?8?4#*?4W;#W?4=9?4ZL?G#W;L?4;W# #
*?7Y8?4G#%)D#8<?$;W?#=9?*$?G#()# #
0/.%[3#(3#H./',/[\/,#%)D#(H./+,#,&'&[%+[F# CBR=^RUQJN#O*8XP#
,&H1%H/DG# #
*)* ?$74!7!#=5$8A?;4W#
8[%&)H&33,G# *)*
# XA6?#=5AA7=W;^7#?=W;54#?4!#<@A7#
######\"# CB#=A?66#?=W;54#
# #
6@69;#*?W6@7;G#;4="#D]0]%#6@69;# !7$?4!#X5<#2@<L#W<;?A#
*?W6@7;#8?<*#6A587G#<5L?A# *))*
*?W6@7;G#;4="#D]0%#6@69;#*?W6@7;#
Y76W#^;AA?Z7G#?L7#?L7#6Y7G#%)D#
?@4Z#*5#Y;4G#
#
######################!/3/)D%)H,"#
RRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRRV#
*)*
#

8[%&)H&33,G#()#O/.%[3#(3#H./',/[\/,#%)D#%[[#(H./+,#,&'&[%+[F#,&H1%H/DG#%[[/_/#%,#3([[(E,`#

**!"#$%&$'($)*+,*&+-.*".+**

K"##### W.&,#=(1+H#.%,#(+&_&)%[#3/D/+%[#a1/,H&()#b1+&,D&-H&()#1)D/+#CQ#@"6"="#c#KBBK#O/-%1,/#

H.&,#-%,/#&,#O+(1_.H#1)D/+#H./#X%&+#A%O(+#6H%)D%+D,#?-HG#CT#@"6"="#c#CJKG#&"*)(&:;*#OdXA6?eP"##W.&,#

=(1+H#.%,#1ff[/'/)H%[#b1+&,D&-H&()#(\/+#H./#4/E#L(+M#,H%H/#[%E#-[%&',G#%,#H./F#%+/#,(#+/[%H/D#H(#

KC"##### W./#[&a1(+#[&-/),/#%H#61,.&#*%H,1/&#8%+M#6[(f/#&,#+/_&,H/+/D#[&,H&)_#!/3/)D%)H#Y&)#%,#%#f+&)-&f%["##9/#&,#%[,(#[&,H/D#E&H.#H./#4/E#L(+M#6/-+/H%+F#(3#6H%H/#%,#H./#=.&/3#7V/-1H&\/#533&-/+#(3#H./#-(+f(+%H&()"#

KB"##### W./#[&a1(+#[&-/),/#%H#61,.&#*%H,1/&#Y/,H#^&[[%_/#&,#+/_&,H/+/D#[&,H&)_#!/3/)D%)H#6E/#%,#%#f+&)-&f%["#

KN"##### ;)#%#4/E#L(+M#W&#'/,#%+H&-[/#%O(1H#61,.&#*%H,1/&#8%+M#6[(f/G#$,"#6E/#&,#&D/,-+&O/D#%,#d+1))&)_#H./#3[(((+6e#l;&;G#,/+\&-/#%H#H./#./#+/,H%1+%)H"##;)#%)(H./-/#%#%-[/#E&H.#7%H/+"-('G#$,"#6E/#D&,-1,,/D#.//#f([&-&/,#E&H.#&#+/,f/-H#H#(#-/%)&)#%#H#O(H.#61,.&#*%H,1/&#[(-%H&()," #

KS"##### ;)#%)#7%H/+"-('#%+H&-[/#%O(1H#61,.&#*%H,1/&#Y/,H#^&[[%_/#!/3/)D%)#Y&)#D&,-1,,/D#&D/,-+&O/D#%,#&-[.&#,#/#.&,#f+&-&-)_#f([&-&/,#%#H#(-%H&()#G#%)D#&D/,-+&O/D#%#H./#*%H,1/&#[(-%H&()#&)-[1D&)_#H./#H-(#+/_&,H/+/D#[(-%H&()#&)#-.&-%_(#D&d0/&)+/(_-[&/&())"#

KI"##### 8[%&)H&33#61[(F#W+&f(+%#E%,#/#'f[(F/D#OF#!/3/)D%)H,#%,#%#,/+\/+#%H#61,.&#*%H,1/&#8%+M#6[(f/#3+(#'#[%H/#CJKU#1)H&[#'&D#CJCB"#

KU"##### 8[%&)H&33#W%f%)#W%)-.%)_F%#E%,#/#'f[(F/D#OF#!/3/)D%)H,#%,#%#,/+\/+#%H#61,.&#*%H,1/&#8%+M#6[(f/#3+(#'#[%H/#CJKU#1)H&[#$%+-.#CJCJ#%)D#3(+#H&E/#(#E//M,#&)#CJCK"#

KQ"##### 8[%&)H&33#<1f%)#=.%M'%#.,#0//)#/#'f[(F/D#OF#!/3/)D%)H,#%,#%#,/+\/+#%H#61,.&#*%H,1/&#8%+M#6[(f/#3+(#'#CJKQ#1)H&[#CJCB"#

KT"##### 8[%&)H&33#W&F%)&#*%/Ef%)#E%,#/#'f[(F/D#OF#!/3/)D%)H,#%,#%#,/+\/+#%H#61,.&#*%H,1/&#8%+M#6[(f/#3+(#'#CJCK#1)H&[#CJCB"#

CJ"##### 8[%&)H&33#8+%'&H&#=.%M'%,#/#'f[(F/D#OF#!/3/)D%)H,#%,#%#,/+\/+#%H#61,.&#*%H,1/&#8%+M#6[(f/#3+(#'#X/0+1%+F#CJCK#1)H&[#?1_1_,H#CJCK"#

CK"##### ?[[#8[%&)H&33,#%+/#./+/&)#%3H/+#-([[/-H&\//[F#+/3/++/D#H(#%,#d8[%&)H&33,"e#
#