# ! ! "#$%&" &#'(")%#*+, - . &$$%&

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

!

!

" #$%&! ' ()!*+*, !

!

**<u>! " # $ % & '</u>** $$

!

- . / 0! 1 #2&3$4 / 3! 5 . 67!8#466#!
9 / 423 : ! ; 2#23<! = 4<2$4%2!>? : @3!
9 0 ; 0! = 4<2$4%2!A . ?$2!!
; . ?2&3$ / ! = 4<2$4%2! . B!C3D!E . $7!
F+!8 . 63G! ; H?#$3!
C3D!E . $7)!CE! ' +++I!

!

**( )*$$$ *! "#$%#&'()'#*&'+,'- . /"0'1#)/ . (0'234,'()'#*,'+ , - . / -0123$4 5 6 ' 7'***

$

= 3#$!>? : @3!8#466#J!

!

K 3! $3L$3<3 / 2! 56#4 / 24BB<! # / : ! 2&3! 83 : 0! M0! A4N0! 50! M?63! *O! %6#<<! # / : ! <?P%6#<<! 4 / ! 2&3! #P . N3Q $3B3$3 / %3 : ! R#223$0!! K 3! D$423! 4 / ! $3<L . / <3! 2 . ! = 3B3 / : # / 2<S! 63223$! R . 24 . / ! B . $! # / ! 3T23 / <4 . / ! . B! 24R3! 2 . ! L$ . : ?%3! 2&3! %6#<<! 64<2! D&4%&! D#<! B463 : ! . / ! 2&3! : #G! 2&3! %6#<<! 64<2! D#<! : ?3! # / : ! B4N3! D337<! #B23$! 2&3! A . ?$2! U$ : 3$3 : ! = 3B3 / : # / 2<! 2 . ! L$ . : ?%3! 2&3! 64<20!! 56#4 / 24BB<! $3<L3%2B?66G! $3H?3<2! 2&#2! 2&3! A . ?$2! : 3 / G! 2&#2! 3T23 / <4 . / ! $3H?3<2! # / : ! U$ : 3$! = 3B3 / : # / 2<! 2 . ! L$ . : ?%3! 2&3! %6#<<! 64<2! / . ! 6#23$! 2&# / ! 2&4<! 8$4 : #G! " #$%&! * ' )! *+*, ! . $! B#%3! <# / %24 . / <0!! V / ! R#74 / @! 2&4<! $3H?3<2)! 56#4 / 24BB<! $3<L3%2B?66G! / . 23! 2&#2! 2&4<! 4<! / . D! = 3B3 / : # / 2<! 2&4$ : ! 24R3! $3H?3<24 / @! # / ! 3T23 / <4 . / ! . B! #! A . ?$2! U$ : 3$3 : ! : 3# : 64 / 3! 4 / ! 2&4<! R#223$! 342&3$! . / ! 2&3! : #G! . B! 2&3! : 3# : 64 / 3! . $! #B23$! 2&3! : 3# : 64 / 3! L#<<3 : 0! ! ""!WA8!C . <0!O*)!F I)!X ' 0!

!

Y$43B6G)! . / ! 83P$?#$G! I)! *+*, )! 2&3! A . ?$2! %3$24B43 : ! 2&4<! %#<3! #! %6#<<! #%24 . / ! # / : ! U$ : 3$3 : ! = 3B3 / : # / 2<! 2 . ! L$ . : ?%3! 2 . ! 56#4 / 24BB<! 2&3! %6#<<! 64<2! . / ! . $! P3B . $3! " #$%&! ' , )! *+*, )! #$"$)! D42&4 / ! B4N3! D337<! . B! 2&3! %6#<<! P34 / @! %3$24B43 : 0! ! ""!WA8!C . 0!X+!#2!O , 0!U / ! " #$%&! ' F)!*+*, )! = 3B3 / : # / 2<S! %. ? / <36! 3R#463 : ! 2&3! ? / : 3$<4@ / 3 : ! 2 . ! $3H?3<2! # : : 424 . / #6! 24R3! 2 . ! L$ . : ?%3! 2&3! 64<20! E3<23$ : #G)! 2&3! ? / : 3$<4@ / 3 : ! $3<L . / : 3 : ! 2 . ! = 3B3 / : # / 2<S! $3H?3<2! B . $! # / ! #%% . R R . : #24 . / ! # / : ! 4 / B . $R3 : ! 2&3 R! 2&#2! 56#4 / 24BB<! D . ?6 : ! / . 2! . LL . <3! #! $3H?3<2! PG! = 3B3 / : # / 2<! 2 . ! L$ . : ?%3! 2&3! 64<2! . / ! . $! P3B . $3! 2&4<! 8$4 : #G! " #$%&! * ' )! *+*, 0!! V / ! $3<L . / <3)! 2 . ! . ?$! L$ . L . <3 : ! #%% . R R . : #24 . / )! = 3B3 / : # / 2<S! $3<L . / : 3 : ! 2&#2! 2&34$! %643 / 2! / 33 : <! # / ! # : : 424 . / #6! R . / 2&)! ? / 246! ZL$46! ' F)! *+*, )! 2 . ! L$ . : ?%3! 2&3! 64<20!

!

= 3B3 / : # / 2<S! B#46?$3! 2 . ! #6$3# : G! L$ . : ?%3! 2&4<! 4 / B . $R#24 . / ! 4 / ! 2&3! B4N3! D337<! 2&3! A . ?$2! #66 . 223 : ! 2&3 R! # / : ! 2&34$! %6#4R! 2&#2! 2&3G! / . D! / 33 : ! # / . 2&3$! R . / 2&! 2 . ! L$ . : ?%3! 42! 4<! . ?2$#@3 . ?<0!! [ . ! P3! <?$3)! 2&3! 4 / B . $R#24 . / ! 2&3! A . ?$2! U$ : 3$3 : ! = 3B3 / : # / 2<! 2 . ! L$ . : ?%3)! / #R36G)! \3RL6 . G33<! / #R3<)! : #23<! . B!

Case 1:23-cv-07804-KPF    Document 62    Filed 03/18/25    Page 2 of 2