UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>- against -<br><br>SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,<br><br>      Defendants. | Case No. 1:23-cv-07804<br><br>**WITHDRAWAL OF APPEARANCE** |

To: The clerk of the court and all parties of record

  PLEASE TAKE NOTICE that Robert Jun is no longer employed with Seo Law Group, PLLC, as of April 9, 2025. Seo Law Group, PLLC will continue to represent Defendants in this matter, and no party will be prejudiced if this request is granted.

  WHEREFORE, undersigned counsel and Defendants respectfully request that this Court permit Robert Jun to withdraw his appearance as counsel for Defendants in the above referenced action, and respectfully request him removal from the CM/ECF noticing list and any other service list in this case.

  We appreciate the Court's time and continued attention in this matter.

Dated: April 14, 2025
    Flushing, New York

               **SEO LAW GROUP, PLLC**

               By:*/s/ Diana Seo*
               Diana Y. Seo, Esq.
               136-68 Roosevelt Ave., Suite 726
               Flushing, New York 11354
               Tel: (718) 500-3340
               Email: diana@seolawgroup.com
               *Attorneys for Defendants*

**SO ORDERED:**

Dated:_____                                          _____
                                                          Hon. Katherine Polk Failla
                                                          United States District Judge