

# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

June 16, 2025

**VIA ECF**                                                    MEMORANDUM ENDORSED

Hon. Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Chakma, et al. v. Sushi Katsuei, Inc, et al.**
              Case No. 1:23-cv-07804-KPF

Dear Judge Gorenstein:

      This office represents Defendants in the above-referenced matter. I submit this letter jointly with Plaintiffs to respectfully request the rescheduling of the Parties' upcoming settlement conference.

      On June 12, 2025, the Judge Failla referred this case to Your Honor for a settlement conference. (Dkt. No. 77.) Following the referral, the Parties began coordinating their availability, during which time the Court scheduled the settlement conference for June 30, 2025. However, this date was set while the Parties were still in the process of confirming a mutually available date.

      The Parties have now confirmed that they are jointly available to participate in a settlement conference on **July 17, 2025**. We contacted chambers and understand that (at last as of last week Thursday) the Court had this date available to hold a settlement conference. Accordingly, the Parties respectfully request that the Court reschedule the conference to July 17, 2025.

      We appreciate the Court's time and continued attention to this matter.

                                    Respectfully Submitted,
                                    Seo Law Group, PLLC

                                    By:  /s/ *Diana Seo*
                                    Diana Y. Seo, Esq.
                                    *Attorneys for Defendants*

cc: All counsel of record (via ECF)

                                  Conference adjourned to July 17, 2025, at 2:30 p.m.
                                  Submissions due July 11, 2025. The requirements of
                                  Docket # 78 otherwise continue to apply.

                            So Ordered.

                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge
                                    June 16, 2025