# Exhibit B

**Date: 6/15/2025**

**To : Joseph & Kirschenbaum LLP**

**32 Broadway, Suite 601**

**New York, NY 10004**

**Case No. 23-cv-08704 (KPF)**

**United States District Court Southern District Of New York.**

**I would like to request for exclusion from the class.**

**Thank You.**    6/15/25

**Aung Kyaw Moe**

To Joseph & Kirschen baum LLP
Please exclude me from the case 23.CV-08704 (KPF)
I has been enjoying working at sushi kalsuei.
No complain at that time working.

6/18/2025

Ma Moht Moht Kyi

To   Joseph Nussbaum & Kirschenbaum

Please exclude me from the case
23-CU-8704. I used to work at sushi
Katsuei for couple of years and enjoyed
working there. I have no complains.
I appreciate Sushi Katsuei for giving me
chance to work there.


Thank you
Ankaching Merman
6/10/2025

To,

Joseph & kirschenbaum L.L.p

i'd prefer not to be involved in this
situation. From my one exprience, sushi
katsuei was a great ~~great~~ place to
work. The management and team
always treated me with kindness and
Respect.

Dhruba p. lamichhane

06.|10|2025

To, Joseph & Kirschenbaum L.L.P

I hope you're doing well. I (Phyo Thant Sinn) wanted to let you know that I do not wish to participate in the lawsuit involving Sashi kaguei. I no longer work with them, and during my time there, I believe I was paid fairly and warmly treated.

06, 10, 2025
Phyo, Thant Sinn.

To Joseph & Kirschenbaum LLP

Please exclude me from the case 23-cv-07804
(KPF)

I have been enjoying working at Sushi Katouei.

I have no complain how they treat me,

Thank you sushi katouei.

Thank you.

Yuji Hiraiwa

6/10/25

To, Joseph and Kirschenbaum LLP
Please exclude me from the case
        23 - CV - 08704 (KPF)

The work environment was respectful
and supportive. I'm thankful for
the time I spent there.


Niramay

Niramay Tanchangya
06 - 09 - 2025

To Joseph & Kirschenbaum LLP

I won't be participating from the case 23-cv-08704 (KPF)

I enjoy worked at Sushi Katsuei.  Thank you sushi katsuei.

Eddy Son

( 06/15/2025)

To Joseph & Kirschenbaum LLP

Please exclude me from the case
    23-CV-08704 (KPF).

Sushi Katsuei takes good care of me.

Joy Duffs
06/16/25

To Joseph & Kirschenbaum LLP

Please exclude me from the case 23-cv-08704 (KPF)

Sushi Katsuei treats me well, thank you Sushi Katsuei


Thank you

Khawng Set Tun

6/5/2025

Dear Sir,

I don't want to involve the case.

23-CV - 08704 (KPF)

Naing

klin  Naing

06/14/2025.

Dear Sir.

I don't want to be involved in this case.
23 - CVS - 08704 (KPF)

Sincerely.                                    6/9/2025

Jinhui Zhou

To, Joseph & Kirschenbaum LLP

I would like to exclude myself from the case 23-cv-08704 (KPF).

I just worked as a part-time.

Thank You!
Aspan Chakma
Hkma
06-10-2025

To.

Date: June 10, 2025

Josef Nussbaum, Esq.
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004

I am writing this Letter to inform you that to be
excluded from this class action Lawsuit (23-cv-08704(KPF
So I have nothing to do with the case you methion and
not agreed with you anything. Please exclude me from
this class action Lawsuit immediately.

Samuel W. Chen

Samuel Weikun Chen
1646 W 5th street,
Brooklyn, NY 11223

To  Joseph & Kirschenbaum LLP                                June 9 2025

I'm not associated with the case 23-cv-08704 (KPF). I'm happy to part of the team at Sushi Katsuei. Thank you.

Best Regards

IMMANUEL R. RAHARJO

To Joseph & Kirschenbaum LLP

Please exclude me from the case 23-cv-08704 (KPF)

I do not have any problems with Sushi katsuei.

Thank you sushi katsuei.

Eddy S Widadisunarso     ( 06/ 11/ 2025)

To: Joseph & Kirschenbaum L.L.P

Please exclude me from the case
    23- CV-08704 (kPF).

I do not support this class action
lawsuit.

I'm grateful, & to work sushi katsuei.

Keiko Hayashi

KEIKO   HAYASHI

06-13-2025

TO: Joseph & Kirschenbaum LLP

Subject: Request for Exclusion from Case 23-cv-08704 (KPF)


I am writing to respectfully request exclusion form Case 23-cv-08704 (KPF). I have been enjoying my time working at Sushi Katsuei and have no complaints regarding how i have been treated by the management or staff.


I am grateful for the opportunity to be part of the team at Sushi Katsuei.


Thank you for your attention to this matter.

Sincerely,

SutMaiAwng Marip

June 9,2025

## Denial Letter of Lawsuit Allegations Made by Plaintiffs

Ei Ei Phyu
4029 73rd street
Woodside
New York, NY11377

June 9, 2025,

To all whom it may concern,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,

Josef Nussbaum, Esq.
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY 10004,

I am writing this letter to express my denial of all lawsuit allegations made by plaintiffs. I ask to be excluded from this class action lawsuit Chakma v.. Sushi Katsuei Inc. Royal Katsuei Inc, Case No. 23 CV 8704.

I was employed from 2017 to 2021 at SUSHI KATSUEI in West Village located at 357 6th Avenue, New York, NY 10014. I was very satisfied with my employment at SUSHI KATSUEI. No complaints whatsoever.

I was provided with written wage notices and statements. Whenever there were changes to employment terms, such as a change in pay rate, I was presented with wage notices and statements again. I received my salaries and my overtime and spread hours paid correctly.

Thank you.
Best Regards,
Ei Ei Phyu

To Honorable Judge Katherine Polk Failla
of United States District Court, I've been worki
ng here long ago. I've never had any issues with
Sushi Katsuei. for the time I've been here.
I've recently heard about the case and I'am
very dissapointed with my previous Coworker
putting the lawsuit. This place always treated
everyone equally and always showed love and car
I would hope this case is solved where this rest
urand isn't shut down as this have been my best
place I've worked and enjoyed. I don't see myself
included in this case as I dont think the Plai
ntiffs are right. My name is Nyima Damdol and
I hope this case "23-cv-08704(KPF)" resolve very
Soon. THANK YOU.

Nyima Damdol

020

To

Joseph and Kirschenbaum LLP

I have no involvement in the case "23-cv-08704" (KPF). It's no trouble for me to work at Sushi Katsuei. I Love to work at Sushi Katsuei.

Saw Say

1/10/25

To.

Josef Nussbaum,Esq.
Joseph & Kirschenbaum LLP
32 Broadway,Suite 601
New York, NY 10004

From.

Saw Shwe Theik
1828 ,84th Street,
Brooklyn,
New York , NY 11214
Date:06.12(Thursday).2025

To Whom It May Concern,

This is a request to exclude me from the class action lawsuit case,23-cv-08704(KPF), that i received your mail last week.
Please remove me  once you get back my mail.

Sincerely
Saw Shwe Theik

022

To Joseph & Kirschenbaum LLP

I am not participating in the case 23.cv-08704(KPF

I really enjoy my job at Sushi Katsuei. I don't have

any issue with Sushi Katsuei.

HTET WUNNA AUNG

JUNE 10, 2025

06/09/2025

From:
Mai Brang
600 W 204th Street
Apt # 53
New York, NY, 10034
347-237-2586
labanghlcajackjk@gmail.com

To:
Josef Nussbaum, Esq
Joseph & Kirschenbaum LLP
32 Broadway, Suite 601
New York, NY, 10004

Dear, Josef Nussbaum, Esq Joseph & Kirscenbaum LLP

The following is a formal request for exclusion (opt-out) from the class action.

Case Name: SUSHI KATSUEL, INC. d/b/a SUSHI KATSUEL PARK SLOPE, ROYAL
KATSUEL, INC. d/b/a SUSHI KATSUEL WEST VILLAGE, AYE AYESWE, and AUNG KO
WIN

Case Number: 23-cv-08704 (KPF)

Court Jurisdiction: UNITED STATES DISTRIC COURT SOUTHERN DISTRIC OF NEW
YORK

By opting out, any settlement or judgment from this class action I understand my
rights. Please process the request for exclusion from the class action.

Sincerely,

Mai brang

024

To, Joseph and Kirschenbaum LLP

please exclude me from the case
23-cv-08704 (KPF)

I have been working with Sushi
Katsuei for a long time. I had never
been an issued.
I have been enjoyed with Sushi
Katsuei all employees.

Thank you Sushi Katsuei!

Paritosh Tanchangya
06-09-2025

To   Joseph & Kirschenbaum LLP


I'm not involved in case 23-cv-08704 (KPF).

I'm very grateful to work at Sushi Katsuei.  I love all my coworkers.

Thank you, Sushi Katsuei.


Mya Mya Swe

06/09/2025

Date : June 7, 2025

To :  Joseph & Kirschenbaum LLP. 32 Broadway,
      Suite 601, New York, NY 10004


From : Ananta Thitima

I do **NOT** join the case No. 23-CV-8704.
Please exclude me.

Thank You.

To., Joseph & Kirschenbaum LLP

From   Tu Tu Mar

I don't want to join this case No. 23-cv-08704 (KPF).

Please exclude me.

Thanks you

Tu Tu Mar

June 4,2025

To, Joseph and Kirschenbaum LLP

Please, exclude Me from the Case 23-cv-08704 (KPF).

I'm thankful for my Job at Sushi Katsuei.

Chakma

ALEX CHAKMA
06/20/2025.

To, Josef Nussbaum, Esq.

Joseph and Kirschenbaum L.L.P

32 Broadway, Suite 601, NY 10004

Tel: 212-688-5640

Date, June 17 2025

Dear Josepf& Kirschenbaum L.L.P.

I would like to ask you to exclude ( opt-out ) me from the lawsuit Sushi Katsuei. Case number is 23- cv-08704(KPF). Thank You.

Masayuki Futaki

June 20th, 2025

Re: Request for Exclusion from Chakma v. Sushi Katsuei, Inc., Case No. 23 CV 8704

To whom This May Concern,

I am writing to formally request to be excluded from the class action lawsuit titled Chakma v. Sushi Katsuei, Inc., Case No. 23 CV 8704.

I understand that by requesting exclusion, I will not receive any benefits from this settlement or judgment, and I retain the right to pursue my own legal claims regarding this matter, should I choose to do so.

Please find my information below to assist in processing my request:
- Full name: Yinghui Zhang
- Address: 350 Madison St Apt 4A NY NY 10002
- Phone number: 929 257 8927

Please confirm in writing that my request for exclusion has been received and processed.

Thank you very much for your time and assistance.

Sincerely,
Yinghui Zhang