# Exhibit A





























