

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

July 11, 2025

**VIA ECF**
Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  **Re:**  **Chakma, et al. v. Sushi Katsuei, Inc, et al.**
    Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

  This office represents Defendants in the above-referenced matter. I write in connection with Defendants' Order to Show Cause filed at approximately 12:03 a.m. on July 11, 2025. Counsel first respectfully apologizes for the late filing, submitted three minutes past the Court's ordered deadline, due to unexpected technical difficulties encountered at the time of filing.

  Counsel further notes that the Order to Show Cause (Dkt. No. 95) inadvertently omitted Defendant Aye Aye Swe's affidavit, which was referenced as Exhibit 1. Counsel prepared the affidavit after speaking with Ms. Swe by phone, during which she confirmed the content before Counsel began drafting the Order. However, Counsel mistakenly believed the affidavit had been signed and included in the submission.

  After reviewing the filed documents, Counsel realized that Ms. Swe had not actually signed the affidavit, as she requested the draft affidavit to make minor, non-substantive stylistic and formatting revisions prior to execution. Since discovering the omission, Counsel has been in contact with Ms. Swe throughout the day in an effort to obtain a signed copy, but as of this writing, has not yet received the executed affidavit.

  Counsel anticipates that Ms. Swe will provide a signed affidavit shortly, and upon receipt, Counsel will promptly supplement the record with the missing Exhibit 1.

  I hope this clarifies the issue and prevents any confusion regarding the potential duplicative filing of the Order to Show Cause, including the signed copy of the affidavit



# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

We thank the Court for its time and attention in this matter.

                                                  Respectfully Submitted,

                                                  Seo Law Group, PLLC

                                                  By:__/s/ *Diana Seo*_____
                                                  Diana Y. Seo, Esq.
                                                  *Attorneys for Defendants*

cc: All counsel of record (via ECF)