UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-07804-KPF

**DECLARATION OF
AYE AYE SWE**

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,

    Plaintiffs,

- against -

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/b/a SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,

    Defendants.

I, Aye-Aye Swe, declare under penalty of perjury pursuant to 28 U.S.C. 1746 as follows:

1. My name is Aye-Aye Swe, and I am a Defendant in the above-captioned matter.
2. I reside in Kings County, New York.
3. I am the sole shareholder, operator, and manager of Royal Katsuei, Inc., located at 357 6th Avenue, New York, NY 10014.
4. I have been operating the business by myself since the inception of Royal Katsuei, Inc.
5. I am aware that my husband, his company, and I as well as my company have been sued by the Plaintiffs, and we are required to abide by the Courts Orders.
6. I am also aware that the Court graciously permitted us to provide responsive discovery documents, including time records, pay records, and information regarding tips received by the servers. I have made every effort to comply with the Courts Orders to the best of my ability and within the scope of my control and discretion. While I cannot speak for the other individual defendant or his business, I can state that we are each simply trying to operate each of our own restaurants, often with limited time to attend even to our own personal well-being or family responsibilities.
7. As part of my daily routine, I typically wake up around 8:30 a.m. to prepare for the day and begin my morning prayers.
8. Sometimes, I do not see when Mr. Win returns home. Most of the time, he wakes up earlier than I do to take care of his daily responsibilities.
9. I usually pray for approximately half an hour after waking, then begin getting ready for work around 9:00 a.m.
10. Our young daughter often needs extra time in the morning to get ready for daycare. When that happens, either Mr. Win or I adjust our schedules to accommodate her needs. Although her daycare expects children to arrive by 9:30 a.m., we frequently drop her off around 10:30 or even 11:00 a.m., depending on our availability.
11. I usually arrive at or after 12:00 p.m. to receive deliveries from vendors and ensure that the items ordered are correct. At the same time, I handle preparations for the business, such as cooking sushi rice at the appropriate time.
12. Once at Royal Katsuei, I verify that all deliveries have been received and assign tasks to each section. I set up the omakase course, which varies daily depending on the fish flown in from Japan and market availability.
13. I check the stock of beverages and place orders for sake, beer, and wine in a timely manner.
14. I manage daily customer reservations and communicate with servers and chefs to ensure food quality and customer satisfaction. If there are any issues, I address them promptly and train staff to meet customer expectations.
15. I ensure that sanitation in every section, Sushi Bar, Kitchen, and Dining Area, is

    maintained.
16. I rush to pick up my young child from daycare.
17. I return to the restaurant to continue working and finally able to go home late at night.
18. While I have made efforts to gather all responsive documents by the Courts deadlines, certain unexpected circumstances were beyond my control. For instance, the ice machine broke, the sink at sushi bar broke, the entrance door broke, freezer broke and floor tiles in the kitchen area became loose, creating a dangerous situation to walk on them. Additionally, my child became sick.
19. I sincerely hope that the Court understands and sympathizes with the fact that operating a restaurant business, especially one involving the handling and serving of high-quality raw fish, is very demanding and requires significant time and attention. I manage the business entirely on my own, without any assistance.
20. We never intentionally missed the Court's deadlines. Despite our best efforts, we simply have not had enough time to comply fully due to the demands of our work and family responsibilities.
21. Even Mr. Win, who operates a similar business, barely has time to eat. Many nights, he comes home, eats instant Korean spicy noodles, and goes straight to bed to rest for the next day.
22. I sincerely apologize for our inability to produce all required documents by the deadlines. I want to assure the Court that we have made every effort and remain committed to complying with all Court requirements.
23. Due to the recent issues including the breakdown of very important appliance and ongoing restaurant renovations, I respectfully request that the Court allow us an additional 30 days to produce the required documents.
24. Once again, I sincerely apologize to the Court for our delay and respectfully request a little more time to allow us to balance our responsibilities to this case, our business, and our family. We are committed to taking full responsibility and will ensure full compliance with the Court's Order and the fulfillment of our obligations.

I, Aye-Aye Swe, affirm under penalty of perjury under the laws of the United States that the foregoing statements are true and correct

Dated: July 10_, 2025
    Kings, New York

                                                   _____
                                                   **Aye Aye Swe**