# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

August 5, 2025

**VIA ECF AND EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Chakma, et al, v. Sushi Katsuei Inc. et al*, 23-cv-7804 (KPF)

Dear Judge Failla:

    We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 class and subclass ("Plaintiffs") in the above-referenced matter. With the consent of Defendants, we write to respectfully request a short adjournment of the August 12, 2025 conference that was scheduled earlier today. We conferred with Defendants' counsel and, should the Court's calendar permit, counsel for all parties are available on August 14 and 15, 2025 to reschedule the conference.

    This is Plaintiffs' first request to adjourn this conference.

    We thank the Court for its attention to this matter.

    Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED. The telephone conference previously scheduled for August 12, 2025 (Dkt. #107) is hereby ADJOURNED to **August 15, 2025** at **12:00 p.m.** At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 108.

Dated:     August 7, 2025          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE