# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

October 22, 2025

**<u>VIA ECF AND EMAIL (Failla_NYSDChambers@ nysd.uscourts.gov)</u>**

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:  *Chakma, et al, v. Sushi Katsuei Inc. et al,* **23-cv-7804 (KPF)**

Dear Judge Failla:

  We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 class and subclass ("Plaintiffs") in the above-referenced matter. We write to respectfully request a two-week extension to the date by which Plaintiff's motion for sanction must be filed, from October 24, 2205 until November 7, 2025. (*see* ECF Minute Entry for 10/8/2025.). The parties intend to use the additional time to explore the possibility of resolving the motion without the need for further motion practice. This is Plaintiffs' first request for an extension of this deadline and Defendants consent to the request.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

 s/*Josef Nussbaum*
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

Application GRANTED.  The Court is happy to hear of the productive communications between the parties.  The briefing schedule on Plaintiffs' motion for sanctions is hereby amended as follows:

o Plaintiffs' sanctions motion shall be filed on or before **November 7, 2025;**

o Defendants' response shall be filed on or before **December 19, 2025;** and

o Plaintiffs' reply shall be filed on or before **January 2, 2026.**

The Court does not anticipate granting any further extensions to the briefing schedule absent compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 117.

Dated:    October 23, 2025          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE