# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

November 6, 2025

**VIA ECF AND EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Hon. Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007



**MEMO ENDORSED**

     **Re:** *Chakma, et al, v. Sushi Katsuei Inc. et al*, 23-cv-7804 (KPF)

Dear Judge Failla:

  We represent Plaintiffs and the Fed. R. Civ. P. Rule 23 class and subclass ("Plaintiffs") in the above-referenced matter. We write to respectfully request a one-week extension to the date by which Plaintiff's motion for sanction must be filed, from November 7, 2025 until November 14, 2025. This is Plaintiffs' second request for an extension of this deadline and Defendants consent to the request. The reason for the request is that the undersigned has been away from work to take care of a hospitalized family member and I require additional time to prepare the motion.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

 <u>s/*Josef Nussbaum*</u>
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)

The Court sends its best wishes to Mr. Nussbaum and his family and hopes for a speedy recovery.  Mr. Nussbaum's situation presents compelling circumstances to extend the briefing schedule.  (*See* Dkt #118 (stating that no further extensions to the briefing schedule would be granted absent compelling circumstances)).  As such, Plaintiffs' request for an extension in the briefing schedule is GRANTED.

The new briefing schedule is as follows:

- Plaintiffs' sanctions motion shall be filed on or before **November 14, 2025**;

- Defendants' response shall be filed on or before **December 29, 2025**; and

- Plaintiffs' reply shall be filed on or before **January 9, 2026.**

The Court again does not anticipate granting further extensions absent compelling circumstances.

The Clerk of Court is directed to terminate the motion at docket entry 119.

Dated:     November 7, 2025          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE