# EXHIBIT 3

**Maimon Kirschenbaum**

| Date | Attorney | Description | Duration |
|---|---|---|---|
| 3/20/25 | Maimon Kirschenbaum | Review order re conference | 0.1 |
| 3/24/25 | Maimon Kirschenbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.2 |
| 4/9/25 | Maimon Kirschenbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.4 |
| 4/23/25 | Maimon Kirschenbaum | Discuss missing class list w JN | 0.1 |
| 4/24/25 | Maimon Kirschenbaum | Review J Nussbaum letter re class list | 0.2 |
| 4/29/25 | Maimon Kirschenbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 5/5/25 | Maimon Kirschenbaum | Review order | 0.1 |
| 5/13/25 | Maimon Kirschenbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.1 |
| 5/21/25 | Maimon Kirschenbaum | Email from defendants | 0.1 |
| 5/28/25 | Maimon Kirschenbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 6/10/25 | Maimon Kirschenbaum | Meet re: outstanding discovery, possibility of mediation | 0.3 |
| 6/11/25 | Maimon Kirschenbaum | Discussion re: motion to compel | 0.4 |
| 6/12/25 | Maimon Kirschenbaum | Review motion to compel | 0.5 |
| 6/18/25 | Maimon Kirschenbaum | Research re: opt-outs | 0.2 |
| 6/18/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy | 0.3 |
| 6/19/25 | Maimon Kirschenbaum | Review affidavit re bad behavior discuss strategy | 0.5 |
| 6/24/25 | Maimon Kirschenbaum | Work on letter to Court | 1.0 |
| 6/25/25 | Maimon Kirschenbaum | Work on letter to Court | 0.9 |
| 6/25/25 | Maimon Kirschenbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 6/26/25 | Maimon Kirschenbaum | Review Letter to Court | 0.5 |
| 6/26/25 | Maimon Kirschenbaum | Review court order | 0.1 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/2/25 | Maimon Kirschenbaum | Review Court Order, review with team | 0.8 |
| 7/3/25 | Maimon Kirschenbaum | Review letter to court | 0.1 |
| 7/8/25 | Maimon Kirschenbaum | Review Defednants' letter to court and corr. Re: discovery | 0.5 |
| 7/9/25 | Maimon Kirschenbaum | Review Court's Order | 0.1 |
| 7/9/25 | Maimon Kirschenbaum | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.3 |
| 7/14/25 | Maimon Kirschenbaum | Letter to Judge Gorenstein re Defendants fake citations | 3.6 |
| 7/15/25 | Maimon Kirschenbaum | Finalize letter re fake citations | 1.8 |
| 7/17/25 | Maimon Kirschenbaum | Settlement Conference, review with team | 4.5 |
| 7/18/25 | Maimon Kirschenbaum | Review court order, discuss with team outstanding discovery | 0.3 |
| 7/21/25 | Maimon Kirschenbaum | Review letter to court | 0.2 |
| 7/24/25 | Maimon Kirschenbaum | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.2 |
| 8/4/25 | Maimon Kirschenbaum | Review letter to court re: outstanding discovery | 0.3 |
| 8/4/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy | 0.3 |
| 8/15/25 | Maimon Kirschenbaum | Court conference, prep | 1.3 |
| 8/28/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy | 1.0 |
| 9/10/25 | Maimon Kirschenbaum | Call wiith Defedants re: possibly resolving opt-out issue, discuss with JN | 0.8 |
| 9/10/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy | 0.5 |
| 9/11/25 | Maimon Kirschenbaum | Call with Defendants and review re hearing (opt-outs and discovery sanctions) | 1.0 |
| 9/14/25 | Maimon Kirschenbaum | Prep for hearing | 0.1 |
| 9/15/25 | Maimon Kirschenbaum | Prep for hearing | 1.2 |
| 9/16/25 | Maimon Kirschenbaum | Court conference; follow up | 2.5 |
| 9/18/25 | Maimon Kirschenbaum | Discussions re corrective notice | 0.2 |
| 9/30/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy; motion for fees | 0.1 |

| Date | Attorney | Description | Duration |
|---|---|---|---|
| 10/23/25 | Maimon Kirschenbaum | Meet with team re: litigation strategy; motion for fees | 0.2 |
| | | **Totals:** | **28.2** |

**Josef Nussbaum**

| Date | Attorney | Description | Duration |
|---|---|---|---|
| 3/17/25 | Josef Nussbaum | Drafted letter to court; discussions with DMK | 0.6 |
| 3/18/25 | Josef Nussbaum | Drafted and filed letter motion to compel | 1.2 |
| 3/19/25 | Josef Nussbaum | Reviewed court order | 0.1 |
| 3/24/25 | Josef Nussbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.2 |
| 4/9/25 | Josef Nussbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.4 |
| 4/15/25 | Josef Nussbaum | Email from defendants; reviewed class list; email to defendants re: class list and outstanding discovery | 0.5 |
| 4/15/25 | Josef Nussbaum | Email from defendants re: class list, outstanding discovery | 0.1 |
| 4/16/25 | Josef Nussbaum | Email to defendants re: class list, outstanding discovery | 0.2 |
| 4/21/25 | Josef Nussbaum | Emails from/to defendants re: class list, outstanding discovery | 0.1 |
| 4/21/25 | Josef Nussbaum | Prep for and attend meet and confer with defendants | 0.4 |
| 4/22/25 | Josef Nussbaum | Email to defendants re: class list, outstanding discovery | 0.1 |
| 4/23/25 | Josef Nussbaum | Email from defendants | 0.1 |
| 4/24/25 | Josef Nussbaum | Drafted and filed motion to compel | 2.2 |
| 4/29/25 | Josef Nussbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 4/30/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel | 0.2 |
| 5/5/25 | Josef Nussbaum | Review court order | 0.2 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 5/11/25 | Josef Nussbaum | Email from defendants re: class list; reviewed new list | 0.6 |
| 5/12/25 | Josef Nussbaum | Email to defendants re: class list | 0.1 |
| 5/13/25 | Josef Nussbaum | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.1 |
| 5/13/25 | Josef Nussbaum | Email to defendants re: class list | 0.1 |
| 5/13/25 | Josef Nussbaum | Email from defendants re: class list | 0.1 |
| 5/14/25 | Josef Nussbaum | Messages to/from cleints re: class list | 0.3 |
| 5/15/25 | Josef Nussbaum | Drafted and filed motion to compel | 2.0 |
| 5/22/25 | Josef Nussbaum | Review court order | 0.1 |
| 5/28/25 | Josef Nussbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 5/30/25 | Josef Nussbaum | Email from defendants re: discovery; reviewed newly produced records | 0.8 |
| 5/30/25 | Josef Nussbaum | Additional emails from defendants re: discovery; reviewed newly produced records, affidavits | 1.5 |
| 6/1/25 | Josef Nussbaum | Email to defendants re: outstanding discovery | 0.2 |
| 6/3/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.1 |
| 6/5/25 | Josef Nussbaum | Email to defendants re: outstanding discovery | 0.2 |
| 6/5/25 | Josef Nussbaum | Messages to/from clients re: class list | 0.1 |
| 6/9/25 | Josef Nussbaum | Messages to/from clients re: class list | 0.1 |
| 6/11/25 | Josef Nussbaum | Discussed motion to compel with DMK | 0.4 |
| 6/12/25 | Josef Nussbaum | Drafted and filed letter motion to compel | 1.6 |
| 6/14/25 | Josef Nussbaum | Messages to/from clients re: class list | 0.2 |
| 6/15/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel | 0.2 |
| 6/16/25 | Josef Nussbaum | Review court order | 0.1 |
| 6/16/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.1 |
| 6/17/25 | Josef Nussbaum | Messages from/to clients; discussed request to opt-out with class member | 0.1 |
| 6/17/25 | Josef Nussbaum | Email to defendants re: outstanding discovery | 0.1 |
| 6/17/25 | Josef Nussbaum | Email from/to defendants re: outstanding discovery | 0.2 |
| 6/18/25 | Josef Nussbaum | Meet with team re: litigation strategy | 0.3 |
| 6/18/25 | Josef Nussbaum | Messages to clients; discussed request to opt-out with class member | 0.4 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 6/18/25 | Josef Nussbaum | Email to defendants re: outstanding discovery | 0.1 |
| 6/18/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.1 |
| 6/19/25 | Josef Nussbaum | Messages from/to clients; discussed request to opt-out with class member | 0.6 |
| 6/19/25 | Josef Nussbaum | Email to defendants re: outstanding discovery | 0.1 |
| 6/19/25 | Josef Nussbaum | Call with class member who was pressured to opt out; messages | 0.6 |
| 6/20/25 | Josef Nussbaum | Draft declaration | 0.4 |
| 6/23/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.1 |
| 6/24/25 | Josef Nussbaum | Draft declaration | 0.4 |
| 6/24/25 | Josef Nussbaum | Drafted and filed motion to compel | 2.2 |
| 6/25/25 | Josef Nussbaum | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 6/25/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel | 0.2 |
| 6/25/25 | Josef Nussbaum | Messages from class member | 0.2 |
| 6/25/25 | josef Nussbaum | Draft declaration | 0.5 |
| 6/26/25 | Josef Nussbaum | drafted and filed motion re: opt-outs | 3.0 |
| 6/26/25 | Josef Nussbaum | Review court order | 0.1 |
| 7/1/25 | Josef Nussbaum | Reviewed defendants' response to motion to for conference + Swe affidavit | 0.3 |
| 7/2/25 | Josef Nussbaum | Reviewed court order | 0.1 |
| 7/2/25 | Josef Nussbaum | Message to class members pressured to opt-out; discuss with DMK, DS | 1.1 |
| 7/3/25 | Josef Nussbaum | Drafted and filed motion re: opt-outs | 2.5 |
| 7/7/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.2 |
| 7/8/25 | Josef Nussbaum | Email from defendants re: outstanding discovery | 0.1 |
| 7/8/25 | Josef Nussbaum | Reviewed defendants' response to motionfor conference | 0.2 |
| 7/9/25 | Josef Nussbaum | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.3 |
| 7/9/25 | Josef Nussbaum | Reviewed court order | 0.1 |
| 7/10/25 | Josef Nussbaum | Mediation Statement | 4.0 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/10/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel and for sanctions | 0.3 |
| 7/11/25 | Josef Nussbaum | Finalzied and emailed mediation statement | 1.8 |
| 7/14/25 | Josef Nussbaum | Rviewed affidavit filed by defendants | 0.1 |
| 7/14/25 | Josef Nussbaum | Discuss sanctions letter | 0.3 |
| 7/15/25 | Josef Nussbaum | Review letter to court re: outstanding discovery; false citations; discuss with DMK | 0.6 |
| 7/18/25 | Josef Nussbaum | Review court order | 0.1 |
| 7/21/25 | Josef Nussbaum | Email from defendants re: affidavits; reviewed affidavits | 0.2 |
| 7/21/25 | Josef Nussbaum | Drafted and filed motion to compel | 1.2 |
| 7/22/25 | Josef Nussbaum | Email from defendants re: affidavits; reviewed affidavits | 0.3 |
| 7/24/25 | Josef Nussbaum | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.2 |
| 7/24/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel | 0.2 |
| 7/28/25 | Josef Nussbaum | Reviewed court order | 0.1 |
| 8/4/25 | Josef Nussbaum | Meet with team re: litigation strategy | 0.3 |
| 8/4/25 | Josef Nussbaum | Drafted and filed letter motion to compel | 0.7 |
| 8/5/25 | Josef Nussbaum | Reviewed court order | 0.1 |
| 8/8/25 | Josef Nussbaum | Reviewed defendants' response to motion to compel | 0.2 |
| 8/15/25 | Josef Nussbaum | Prepare for and attend court conference | 1.7 |
| 8/15/25 | Josef Nussbaum | Discuss conference and next steps with DMK | 0.5 |
| 8/25/25 | Josef Nussbaum | Email from defendants with call logs; reviewed logs | 0.6 |
| 8/28/25 | Josef Nussbaum | Meet with team re: litigation strategy | 1.0 |
| 9/10/25 | Josef Nussbaum | Call with Defednants re: possibly resolving opt-out issue, discuss with DMK | 0.8 |
| 9/10/25 | Josef Nussbaum | Meet with team re: litigation strategy | 0.5 |
| 9/11/25 | Josef Nussbaum | Prep for and meet and confer with defendants about 9/16/25 hearing | 0.9 |
| 9/12/25 | Josef Nussbaum | Drafted and filed letter with court | 0.8 |
| 9/17/25 | Josef Nussbaum | Drafted revised notice; sent to defendants | 1.8 |

| Date | Attorney | Description | Duration |
|---|---|---|---|
| 9/18/25 | Josef Nussbaum | emails from/to defendants re: revised notice; drafted and filed letter | 0.9 |
| 9/30/25 | Josef Nussbaum | Meet with team re: litigation strategy; motion for fees | 0.1 |
| 10/23/25 | Josef Nussbaum | Meet with team re: litigation strategy; motion for fees | 0.2 |
| 11/10/25 | Josef Nussbaum | Draft sanctions motion | 2.7 |
| 11/10/25 | Josef Nussbaum | Draft sanctions motion | 4.4 |
| 11/10/25 | Josef Nussbaum | Finalize and file sanctions motion | 4.0 |
| | | **Totals:** | **62.1** |

| Date | Attorney | Description | Duration |
|---|---|---|---|
| 3/18/25 | Denise Schulman | Review letters to court | 0.1 |
| 3/24/25 | Denise Schulman | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.2 |
| 4/9/25 | Denise Schulman | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.4 |
| 4/29/25 | Denise Schulman | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 5/13/25 | Denise Schulman | Meet with team re: outstanding discovery, class list; discussed litigation strategy | 0.1 |
| 5/14/25 | Denise Schulman | Review/update class list | 0.7 |
| 5/15/25 | Denise Schulman | Edit letter to court re: class list and outstanding discovery | 0.1 |
| 5/28/25 | Denise Schulman | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 6/13/25 | Denise Schulman | Review defendants' production | 0.2 |
| 6/13/25 | Denise Schulman | Review defendants' production | 0.2 |
| 6/13/25 | Denise Schulman | Review defendants' production | 0.1 |
| 6/13/25 | Denise Schulman | Review defendants' production for damage calc | 0.5 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 6/13/25 | Denise Schulman | Review defendants' production for damage calc | 0.6 |
| 6/13/25 | Denise Schulman | Review defendants' production for damage calc | 0.2 |
| 6/13/25 | Denise Schulman | Review defendants' production for damage calc | 0.9 |
| 6/17/25 | Denise Schulman | Review damage calc | 0.2 |
| 6/17/25 | Denise Schulman | Review pay records/calculate TC damages | 0.6 |
| 6/18/25 | Denise Schulman | Meet with team re: litigation strategy | 0.3 |
| 6/19/25 | Denise Schulman | Review Binoy Chakma declaration | 0.2 |
| 6/19/25 | Denise Schulman | Review opt outs | 0.3 |
| 6/20/25 | Denise Schulman | Process opt outs | 0.2 |
| 6/24/25 | Denise Schulman | Review letter to court | 0.2 |
| 6/24/25 | Denise Schulman | Review letter to court | 0.6 |
| 6/24/25 | Denise Schulman | Review letter to court | 0.1 |
| 6/24/25 | Denise Schulman | Review letter to court | 0.2 |
| 6/24/25 | Denise Schulman | Review opt outs | 0.1 |
| 6/25/25 | Denise Schulman | Edit letter to court | 0.1 |
| 6/25/25 | Denise Schulman | Review/edit letter to court | 0.3 |
| 6/25/25 | Denise Schulman | Meet with team re: motion to compel; discussed litigation strategy | 0.1 |
| 6/26/25 | Denise Schulman | Call with team re: next steps | 0.5 |
| 6/26/25 | Denise Schulman | Review court's discovery order | 0.1 |
| 6/26/25 | Denise Schulman | Review opt outs | 0.1 |
| 6/30/25 | Denise Schulman | Review opt out | 0.1 |
| 7/2/25 | Denise Schulman | Call with JN and Maimon re: sanctions motion | 0.5 |
| 7/2/25 | Denise Schulman | Review damage calc | 0.1 |
| 7/2/25 | Denise Schulman | Review defendants' letter to court | 0.2 |
| 7/2/25 | Denise Schulman | Review text messages | 0.1 |
| 7/2/25 | Denise Schulman | Review text messages | 0.1 |
| 7/3/25 | Denise Schulman | Review letter to court | 0.1 |
| 7/3/25 | Denise Schulman | Review/edit letter to court re: opt outs | 0.6 |
| 7/8/25 | Denise Schulman | Discuss case with Maimon | 0.1 |
| 7/9/25 | Denise Schulman | Review class member release | 0.1 |
| 7/9/25 | Denise Schulman | Review defendants' letter to court | 0.1 |
| 7/9/25 | Denise Schulman | Review defendants' production | 0.1 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/9/25 | Denise Schulman | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.3 |
| 7/11/25 | Denise Schulman | Edit mediation statement | 0.2 |
| 7/11/25 | Denise Schulman | Review defendants' response to OTSC | 0.1 |
| 7/11/25 | Denise Schulman | Review mediation statement | 0.1 |
| 7/14/25 | Denise Schulman | Discuss sanctions letter with Maimon | 0.4 |
| 7/15/25 | Denise Schulman | Edit letter to court re: sanctions | 0.1 |
| 7/15/25 | Denise Schulman | Edit letter to court re: sanctions | 1.0 |
| 7/17/25 | Denise Schulman | Discuss settlement conference with Maimon | 0.3 |
| 7/17/25 | Denise Schulman | Review defendants' letter | 0.1 |
| 7/21/25 | Denise Schulman | Review class list | 0.1 |
| 7/21/25 | Denise Schulman | Review declarations | 0.2 |
| 7/21/25 | Denise Schulman | Review letter to court | 0.1 |
| 7/23/25 | Denise Schulman | Discuss sanctions discovery with team | 0.1 |
| 7/23/25 | Denise Schulman | Review defendants' production | 0.2 |
| 7/23/25 | Denise Schulman | Review defendants' production | 0.1 |
| 7/24/25 | Denise Schulman | Read defendants' letter to court | 0.1 |
| 7/24/25 | Denise Schulman | Meet with team re: motions to compel and opt-outs issue; discussed litigation strategy | 0.2 |
| 7/28/25 | Denise Schulman | Email team re: outstanding discovery | 0.1 |
| 7/29/25 | Denise Schulman | Review court order | 0.1 |
| 8/1/25 | Denise Schulman | Review defendants' production | 0.1 |
| 8/4/25 | Denise Schulman | Edit letter to court re: outstanding discovery | 0.3 |
| 8/4/25 | Denise Schulman | Meet with team re: litigation strategy | 0.3 |
| 8/8/25 | Denise Schulman | Review defendants' letter to court | 0.1 |
| 8/19/25 | Denise Schulman | Order hearing transcript | 0.1 |
| 8/22/25 | Denise Schulman | Pay invoice | 0.1 |
| 8/22/25 | Denise Schulman | Review hearing transcript | 0.4 |
| 8/28/25 | Denise Schulman | Review sushi chef tip spreadsheet | 0.1 |
| 8/28/25 | Denise Schulman | Meet with team re: litigation strategy | 1.0 |
| 9/10/25 | Denise Schulman | Meet with team re: litigation strategy | 0.5 |
| 9/12/25 | Denise Schulman | Review letter to court | 0.1 |
| 9/16/25 | Denise Schulman | Call with Maimon and JN re: court conference | 0.3 |

| | | | |
|---|---|---|---|
| 9/18/25 | Denise Schulman | Edit letter to court re: corrective notice | 0.1 |
| 9/18/25 | Denise Schulman | Review defendants' edits to corrective notice | 0.1 |
| 9/26/25 | Denise Schulman | Discuss corrective notice mailing with Andrew | 0.1 |
| 9/30/25 | Denise Schulman | Meet with team re: litigation strategy; motion for fees | 0.1 |
| 10/9/25 | Denise Schulman | Process corrective notice opt out and return | 0.3 |
| 10/9/25 | Denise Schulman | Process returned notices | 0.1 |
| 10/9/25 | Denise Schulman | Review returns | 0.1 |
| 10/23/25 | Denise Schulman | Meet with team re: litigation strategy; motion for fees | 0.2 |
| 10/27/25 | Denise Schulman | Discuss sanctions motion with Yossi | 0.1 |
| | | **Totals:** | **19.4** |