UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUPAN CHAKMA, SULOY TRIPORA, TAPAN KANTI TANCHANGYA, TIYANIT KAEWPAN, and PRAMITA CHAKMA, on behalf of themselves and others similarly situated,

       Plaintiffs,

- against –

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI KATSUEI WEST VILLAGE, AYE AYE SWE, and AUNG KO WIN,

       Defendants.

Case No. 1:23-cv-07804-KPF

### DECLARATION OF DIANA SEO IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

I, Diana Seo, under penalty of perjury, affirm as follows:

1. I am a member of Seo Law Group, PLLC, counsel for the Defendants Sushi Katsuei, Inc. d/b/a Sushi Katsuei Park Slope, Royal Katsuei, Inc. d/b/a Sushi Katsuei West Village, Aye Aye Swe, And Aung Ko Win ("Defendants") in the above captioned matter. I am an active member of the Bar of the State of New York and am admitted to practice before this Court.

2. I submit this declaration to place before the Court a certain material that is referenced in Defendants' Memorandum of Law in Opposition of Plaintiffs' Motion for Sanctions.

3. Attached as **Exhibit 1** to this affirmation is an excerpt from Plaintiffs Counsel's fee chart, which highlights the improper and/or excessive billing entries addressed in Defendants' Memorandum of Law ("Exhibit 1 – Improper Billing Entries").

I affirm, under penalty of perjury, that the above information is true and correct.

Dated: January 12, 2026
      Flushing, New York

                                          SEO LAW GROUP, PLLC

                                          __/s/ *Diana Seo*_____
                                          Diana Y. Seo, Esq.
                                          136-68 Roosevelt Avenue, Suite 726
                                          Flushing, NY 11354
                                          Tel: 718-500-3340
                                          Email:diana@seolawgroup.com
                                          *Attorney for Defendants*