

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

May 15, 2026

Diana Y. Seo, Esq.
Tel: (718) 500-3341
Email: diana@seolawgroup.com

**VIA ECF**

Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**Re:**   **<u>Chakma, et al. v. Sushi Katsuei, Inc, et al.</u>**
Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

This office represents all the Defendants in the above referenced matter. Defendants respectfully write to oppose Plaintiffs' request for an extension of time to file their partial summary judgment motion. Plaintiffs made their request not complying with Your Honors Rules, and they should not be allowed to cause further delay in this matter and waste the Court's valuable time.

Defendants acknowledge that Defendants and their Counsel caused much of the delay for a period of time with respect to the discovery issues and the motion for sanctions filed against Defendants and Counsel. Defendants and their Counsel again, apologize to the Court for causing the delay, and we are ready to be fully comply with the Court's rules and the procedures.

Counsel for Defendants notes that Plaintiffs have engaged in "mafia" type of litigation practice in this matter, which frequently reflects a practice of "just get me what I want whenever I want it."

Plaintiffs made a belated request for a briefing schedule on April 28, 2026, although they could have moved to file the motion in early March 2026, as the Court noted. (See, Dkt No. 138). Only to cause further delay without any valid reasons whatsoever (again, this time), Plaintiffs are seeking further extension to file their summary judgment motion sorely to cause additional delay in this matter.

More importantly, Plaintiffs made such request in violation of Your Honor's Individual Rules. Pursuant to Your Honor's Individual Rules 2(C)(i), a party filing a letter motion is required to include certain specified information, including the original due date(s), the reason for current request, and whether the adversary consents to the request.



# Seo Law Group, PLLC
136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

However, Plaintiffs failed to comply with the Court's Individual Rules by failing to state all of the required information, including completely omitting the reason for making current request, particularly after making a belated request on April 28, 2026, for a briefing schedule to file a partial summary judgment motion (See, Dkt No. 136); and the original briefing schedule set by the Court on April 29, 2026.

As the Court may aware, Plaintiffs already made belayed request to file their summary judgment motion although they could have moved two months ago. About two weeks after the Court granted Plaintiffs' proposed briefing schedule, they *again* require additional time without providing not only any valid reasons, but any reason whatsoever. (See, Dkt No. 139). This should be considered merely a delaying tactic by Plaintiffs, intended only to waste the Court's valuable time and to incur additional attorneys' fees for the Parties.

As such, Plaintiffs should not be allowed additional time to file their partial summary judgment motion, which was filed in violation of Your Honor's Rules. The Court should not grant Plaintiffs' requests that were made in violation of Your Honor's Rules, nor should Plaintiffs be permitted to cause further delay in this case. If the Court determines that additional time is necessary, Defendants respectfully request that the Court impose shorter deadlines as the Court deems proper.

We thank the Court for its time and continued attention to this matter.

Respectfully Submitted,

Seo Law Group, PLLC
By: _/s/ *Diana Seo*_____
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)

The Court has reviewed Plaintiffs' request for an extension in their time to file their partial summary judgment motion (Dkt. #139), as well as Defendants' above response (Dkt. #140).  Plaintiffs' motion is GRANTED.

Plaintiffs shall file their motion for partial summary judgment, along with supporting papers, on or before **June 2, 2026.**  Defendants shall file their opposition on or before **June 30, 2026.**  Plaintiffs shall file any reply on or before **July 14, 2026.**

That said, the Court echoes Defendants' concerns about further delay in this matter.  Consequently6, the Court does not anticipate granting any further extensions absent compelling circumstances.

The Clerk of Court is directed to terminate the pending motion at docket entry 139.

Dated:     May 15, 2026            SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE