

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
July 1, 2026

**VIA ECF**

Hon. Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> Re: **Chakma, et al. v. Sushi Katsuei, Inc, et al.**
>
> Case No. 1:23-cv-07804-KPF

Dear Judge Failla:

This office represents Defendants in the above-referenced matter. I first apologize for my failure to timely file all documents corresponding to Defendants' opposition to Plaintiffs' motion for partial summary judgment and for the belated request for a brief 24-hour extension to complete the filing of all corresponding opposition papers. Counsel for Defendants has been ill and was unable to work for nearly one week since last Thursday. To avoid causing any further delay, Counsel for Defendants attempted to file the opposition papers to Plaintiffs' motion for partial summary judgment on time. However, the filing was unintentionally delayed after realizing that Counsel was not yet physically able to complete the submission.

Counsel for Defendants is currently in the process of recovering from the illness and respectfully requests that the Court grant one additional day to complete and submit the remaining papers.

Pursuant to Your Honor's Individual Rules, Section C(i), Defendants write as follows:

1. Defendants' deadline to file an opposition to Plaintiffs' opposition to Plaintiffs' partial summary judgment motion was yesterday, June 30, 2026;

2. This is Defendants' first time for requesting extension of time to file an opposition;

3. The basis for this request is Defendants' Counsel's prolonged health issues, which have affected Counsel's ability to timely complete the opposition papers; and

4. Due to the unexpected circumstances and the fact that the deadline has only recently passed, Defendants' Counsel has not yet inquired of Plaintiffs' Counsel regarding their position on this request.

Counsel for Defendants respectfully requests a one-day extension of the deadline to file Defendants' full opposition by tomorrow or such other date(s) as the Court deems proper.



# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340
We thank the Court for its time and continued attention to this matter.

Respectfully Submitted,
Seo Law Group, PLLC

By: _/s/ *Diana Seo*_____
Diana Y. Seo, Esq.
*Attorneys for Defendants*

cc: All counsel of record (via ECF)