**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RUPAN CHAKMA, SULOY TRIPORA, TAPAN
KANTI TANCHANGYA, TIYANIT KAEWPAN, and
PRAMITA CHAKMA, on behalf of themselves and
others similarly situated,

Plaintiffs,
- against –

Case No.: 1:23-cv-07804-KPF

SUSHI KATSUEI, INC. d/b/a SUSHI KATSUEI PARK
SLOPE, ROYAL KATSUEI, INC. d/ba SUSHI
KATSUEI WEST VILLAGE, AYE AYE SWE, and
AUNG KO WIN,

Defendants.

<u><b>DECLARATION OF DIANA SEO</b></u>

I, Diana Seo, under penalty of perjury, affirm as follows:

1.  My name is Diana Seo, and I am a member of Seo Law Group, PLLC, counsel for the Defendants Sushi Katsuei, Inc. d/b/a Sushi Katsuei Park Slope, Royal Katsuei, Inc. d/b/a Sushi Katsuei West Village, Aye Aye Swe, and Aung Ko Win ("Defendants") in the above captioned matter.

2.  I submit this declaration in opposition to Plaintiffs' Partial Motion for Summary Judgment Motion pursuant to FRCP 56.

3.  Attached as **Exhibit A** to this affirmation to this affirmation is an affidavit of Aung Ko Win ("Exhibit A: Win Decl.").

4.  Attached as **Exhibit B** to this affirmation to this affirmation is an affidavit of Aye Aye Swe ("Exhibit B: A.Swe Decl.").

5. Attached as **Exhibit C** to this affirmation is the deposition transcript of Rupan Chakma ("Exhibit C: R. Chakma Tr.").

6. Attached as **Exhibit D** to this affirmation is the deposition transcript of Suloy Tripura ("Exhibit D: Tripura Tr.").

7. Attached as **Exhibit E** to this affirmation is the deposition transcript of Tapan Kanti Tanchangya ("Exhibit E: Tanchangya Tr.").

8. Attached as **Exhibit F** to this affirmation is the deposition transcript of Tiyanit Kaewpan ("Exhibit F: Kaewpan Tr.").

9. Attached as **Exhibit G** to this affirmation is the deposition transcript of Pramita Chakma ("Exhibit G: P. ChakmaTr.").

10. Attached as **Exhibit H** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Sushi Katusei, Inc.'s Notice and Acknowledgment of Pay Rates and Payday provided to its service staff. ("Exhibit H: SK Notice of Pay Rate")

11. Attached as **Exhibit I** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Royal Katsuei, Inc.'s Notice and Acknowledgment of Pay Rates and Payday provided to its service staff. ("Exhibit I: RK Notice of Pay Rate")

12. Attached as **Exhibit J** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Sushi Katusei, Inc.'s notice of tip sharing provided to its service staff. ("Exhibit J: SK Notice of Tip Sharing")

13.   Attached as **Exhibit K** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Royal Katsuei, Inc.'s notice of tip sharing provided to its service staff. ("Exhibit K: RK Notice of Tip Sharing")

14.   Attached as **Exhibit L** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Rupan Chakma's daily working hours and Sushi Katsuei, Inc.'s paystub issued to Rupan Chakma. ("Exhibit L: Sample Pages of R. Chakma's hours and pay").

15.   Attached as **Exhibit M** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Tapan Kanti Tanchangya's daily working hours and Sushi Katsuei, Inc.'s paystub issued to Tapan Kanti Tanchangya. ("Exhibit M: Sample Pages of Tanchangya's hours and pay").

16.   Attached as **Exhibit N** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Tiyanit Kaewpan's daily working hours at Sushi Katsuei, Inc.'s for the years between 2021-2023. ("Exhibit N: Sample Pages of Kaewpan's daily hours").

17.   Attached as **Exhibit O** to this affirmation is Defendants' record produced to Plaintiffs during the course of discovery reflecting Pramita Chakma's $15.00 regular hourly rate paid to her for the period between February 22, 2021 and February 28, 2021. ("Exhibit O: P. Chakma Feb. 2021 Paystub").

18.   Attached as **Exhibit P** to this affirmation is Defendants' portion of records produced to Plaintiffs during the course of discovery reflecting Pramita Chakma's daily working hours at Sushi Katsuei, Inc.'s in 2021. ("Exhibit P: Sample Pages of P. Chakma's daily hours"). I affirm, under penalty of perjury, that the above information is true and correct.

Dated: July 2, 2026
     Flushing, New York

                               SEO LAW GROUP, PLLC

                               ___/s/ *Diana Seo*_____
                               Diana Y. Seo, Esq.
                               136-68 Roosevelt Avenue, Suite 726
                               Flushing, NY 11354
                               Tel: 718-500-3340
                               Email:diana@seolawgroup.com
                               *Attorney for Defendants*